DATE: 2/28/08
LOCATION: Tyler
JUDGE: Love
DEP. CLERK: M. Morris
RPTR/ECRO: M. Morris
USPO: Jimmy Wilkerson
INTERPRETER:
TIME: 1:20 pm

CASE NUMBER: 6:07cr82

USA vs. Gary Don Kirkland

Richard Moore | Dick Davis

☐ kia . . . . . INIT APPEARANCE          ☐ kprlxm . . . PRELIMINARY HRG     ☐ krmvhrg . . REMOVAL HRG
☐ ksia . . . . SUBSEQUENT INIT APPEARANCE ON: _____
☐ kdtnhrg . . DETENTION HRG              ☐ kevidhrg . . EVIDENTIARY HRG    ✓ Other .... Competency Hearing
✓ Hearing Called                          ✓ Hearing Held                    ✓ Arraignment
✓ Dft ☐ Prob violator ☐ Super Rel violator appears: ✓ with ☐ w/o cnsl ☐ pro se ☐ Cnsl appears on behalf of deft
    Appears on: ☐ Complaint ✓ Indictment ☐ Information ☐ Violation of probation ☐ Violation of release

☐ kwv indi.   Dft files Waiver of Indictment;   ☐ Dft advised of right to grand jury consideration
☐ kinfo.fel.  Information (felony) ☐ kinfo.misd. . Information (misdemeanor) ☐ ksl.info . . . Information (sealed)
☐ kindiuns.   Indictment unsealed ☐ kinfo.uns. . . Information unsealed ☐ kcmpuns . . Complaint unsealed

☐ kars. . .   Date of arrest: _____ or ☐ karsr40. (dist & case #) _____

☐ . . . Dft   ☐ advised of charges    ☐ advised of maximum penalties    ☐ advised of right to remain silent;
              ☐ advised of right to counsel ☐ advised of right to Prel. Hrg. ☐ advised of right to waive Prel. Hrg.
☐ kwvprl. .   Waiver of Preliminary Hrg ☐ kwvr40hrg. Waiver of Rule 40 Hrg ☐ Advised of Rule 20

☐ kcnsl. .    Dft first appearance with counsel ☐ CJA ☐ Ret. ☐ USPD (Do Not Docket in Mag. Case - Without Consent)

☐ . . Dft     advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel.
☐ . . . .     If dft cannot retain counsel, the court is to be advised within _____ days so counsel may be appointed.
☐ . . . Dft   Requests appointed counsel, is sworn & examined re: financial status.
☐ kfinaff.    Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
☐ ko. .       _____ appointed ☐ koapptpd. U.S. Pub Defender _____ appointed
☐ kdaddatty   _____

☐ kgmdtn. .   Gvt motion for dtn ☐ kgm . . . Gvt m/cont dtn hrg.

☐ kbnd. . .   Dft bond ☐ set ☐ reset to $_____ ☐ PR ☐ unsecured
☐ . . . . .   Bond continued ☐ previous bond $_____ type _____ ☐ other case No. _____
☐ kocondrls.  Order setting conditions of release ☐ Bond executed, dft released; ☐ ko. . . Not executed at this time
☐ Government withdrew Motion for Detention

☐ kotmpdtn.   Temp Detention Pndg Hearing
☐ kodtn. .    Order of Detention
☐ kwvprl.     Dft waived detention hearing
☐ Dft remanded to custody of U.S. Marshal

☐ dtnhrgddl.  Detention Hrg set for _____  ☐ krmvhrg.  Removal Hearing set for _____
☐ arrddl. .   Arraignment set for _____    ☐ kprlxm.   Preliminary Exam set for _____

☐ .....     Court finds probable cause    ☐ exists    ☐ does not exist       ☐ See Page 2

Page 2

☑ karr...     ☑ Arraignment on:   ☐ INFORMATION   ☐ INDICTMENT   ☐ RULE 20    *Superseding*
            held on counts ☑1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 ☐11 ☐12
            ☐ all counts; other counts _____

☑ Dft   ☐ Prob violator   ☐ Super Rel violator   appears: ☑ with   ☐ w/o cnsl   ☐ pro se   ☐ Cnsl appears on behalf of deft
☑ ... Dft     ☑ sworn                  ☐ physically/mentally ready     ☐ name spelled
          ☑ received copy of charges     ☑ discussed charges with counsel   ☐ charges read
          ☑ waived reading of charges;     ☑ No pressure to plead
          ☐ advised of alternate sentencing under Youth Corrections Act;

☐ kconsmagtrl.   Consent to trial before U.S. Magistrate Judge
☐ kpl. ...       Dft enters a plea of:   ☐ no contest
               to violation

*The Court took judicial notice of the psychiatric report and the court finds that the defendant is competent to stand trial.*

ADJOURN 1:31 pm