# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § § **v.** § § § **GARY DON KIRKLAND** § § | **CASE NUMBER 6:07-CR-00082-015-RC** |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of Magistrate Judge John D. Love which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Gary Don Kirkland be committed to the custody of the Bureau of Prisons for a term of imprisonment of 10 months with credit for time served from August 11, 2017 with 2 years supervised release to follow.

**So Ordered and Signed**
Nov 13, 2017

_____
Ron Clark, United States District Judge